UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

# 05 - 1 1 4 2 6 DPW

MAGISTRATE JUDGE _RBC_

| | | |
|---|---|---|
| JEAN BUNDY,<br>    Plaintiff | ) | |
| | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION |
| | ) | NO:    RECEIPT # _65936_ |
| WOODS HOLE, MARTHA'S VINEYARD | ) | AMOUNT $ _250_ |
| AND NANTUCKET STEAMSHIP | ) | SUMMONS ISSUED _Y(_ |
| AUTHORITY, | ) | LOCAL RULE 4.1 |
|     Defendant | ) | WAIVER FORM |
| | ) | MCF ISSUED |
| | ) | BY DPTY. CLK. _(illegible)_ |

PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL _7/7/05_

Now comes the Plaintiff, Jean Bundy, and for her Complaint against the Defendant

Woods Hole, Martha's Vineyard and Nantucket Steamship Authority states as follows:

## GENERAL FACTUAL ALLEGATIONS

1.    The Plaintiff, Jean Bundy, is a resident of Beavercreek, State of Ohio.

2.    The Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship

Authority, is a body politic, duly organized and existing under the laws of the Commonwealth of

Massachusetts.

3.    On or about September 11, 2002, the Defendant, Woods Hole, Martha's Vineyard

and Nantucket Steamship Authority, was doing business in the Commonwealth of

Massachusetts.

4.      On or about September 11, 2002, the Plaintiff, Jean Bundy was a passenger lawfully aboard the M/V KATAMA.

5.      On or about September 11, 2002, the Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority owned the M/V KATAMA.

6.      On or about September 11, 2002, the Defendant Woods Hole, Martha's Vineyard and Nantucket Steamship Authority operated the M/V KATAMA.

7.      On or about September 11, 2002, the Defendant Woods Hole, Martha's Vineyard and Nantucket Steamship Authority controlled the M/V KATAMA.

8.      The Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, chartered the M/V KATAMA from some other person or entity such that on or about September 11, 2002 the Defendant Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, was the owner pro hac vice of the M/V KATAMA.

9.      On or about September 11, 2002, the M/V KATAMA was in navigable waters.

10.     On or about September 11, 2002, while a passenger aboard the M/V KATAMA, the Plaintiff, Jean Bundy sustained personal injuries.

11.     Prior to and at the time he sustained the above-mentioned personal injuries, the Plaintiff, Jean Bundy was exercising due care.

## JURISDICTION

12.     Jurisdiction is proper pursuant to 28 U.S.C., §1332(a)(1). Venue is proper in the District Court of Massachusetts pursuant to 28 U.S.C., §1391(a). The matter in controversy exceeds $75,000.00.

## COUNT I

### (NEGLIGENCE)

13.    The Plaintiff, Jean Bundy, reiterates the allegations set forth in paragraphs 1 through 12 above.

14.    The personal injuries sustained by the Plaintiff, Jean Bundy, were not caused by any fault on her part but were caused by the negligence of the Defendant, its agents, servants and/or employees.

15.    As a result of said injuries, the Plaintiff, Jean Bundy, has suffered pain of body and anguish of mind, lost time from her usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

WHEREFORE, the Plaintiff, Jean Bundy, demands judgment against the Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, in the amount to be determined by a jury, together with interest and costs.

THE PLAINTIFF CLAIMS TRIAL BY JURY AS TO ALL ISSUES RAISED IN HER
COMPLAINT.

Respectfully submitted,
for the Plaintiff

Carolyn M. Latti
BBO # 567394
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated: 7-5-05

3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only)

   _____ JEAN BUNDY V. WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ___  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,          *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

   _X_  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 3
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   ___  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

   ___  V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   NONE

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ☐    NO X☐

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES ☐    NO X☐

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ☐    NO X☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ☐    NO X☐

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES ☐    NO X☐

   A.  If yes, in which division do all of the non-governmental parties reside?

       Eastern Division ☐          Central Division ☐          Western Division ☐

   B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

       Eastern Division X☐         Central Division ☐          Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES ☐    NO ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME ___ CAROLYN M. LATTI, ESQUIRE  LATTI & ANDERSON LLP

ADDRESS _____ 30-31 UNION WHARF, BOSTON, MA 02109

TELEPHONE NO. (617) 523-1000

(Coversheetlocal[1].wpd - 10/17/02)

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

JEAN BUNDY

## DEFENDANTS

WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed **BARNSTABLE**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

CAROLYN M. LATTI, BBO 567394, LATTI & ANDERSON LLP, 30-31 UNION WHARF, BOSTON,

Attorneys (If Known)

## II. BASIS OF JURISDICTION     (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☒ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                      and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT     (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug |  | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product / Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability / ☐ 365 Personal Injury — | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & / Product Liability | ☐ 630 Liquor Laws |  | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander / ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' / Injury Product | ☐ 650 Airline Regs. |  | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability / Liability | ☐ 660 Occupational | ☐ 820 Copyrights | ☐ 810 Selective Service |
| Student Loans | ☒ 340 Marine / **PERSONAL PROPERTY** | Safety/Health | ☐ 830 Patent | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product / ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | Exchange |
| ☐ 153 Recovery of Overpayment | Liability / ☐ 371 Truth in Lending |  |  | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle / Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability / ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
|  |  |  | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
|  |  | & Disclosure Act |  | Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee |
| ☐ 220 Foreclosure | ☐ 442 Employment / Sentence |  |  | Determination |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ / Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | Under Equal Access to |
| ☐ 240 Torts to Land | Accommodations / ☐ 530 General |  | or Defendant) | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. |  | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | Security Act | ☐ 871 IRS—Third Party | State Statutes |
|  | ☐ 550 Civil Rights |  | 26 USC 7609 | ☐ 890 Other Statutory Actions |
|  | ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN     (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

28 U.S.C., SEC. 1332(a)(1), 28 U.S.C., Sec. 1391 (a)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE _____     DOCKET NUMBER _____

DATE  7-5-05

SIGNATURE OF ATTORNEY OF RECORD  _Carolyn M. Latti_