⬥AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

JEAN BUNDY

V.

WOODS HOLE, MARTHA'S VINEYARD AND
NANTUCKET STEAMSHIP AUTHORITY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05-11426 DPW

TO: (Name and address of Defendant)

    WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET
    STEAMSHIP AUTHORITY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    CAROLYN M. LATTI
    LATTI & ANDERSON LLP
    30-31 UNION WHARF
    BOSTON, MA 02109
    (617) 523-1000

an answer to the complaint which is served on you with this summons, within   **TWENTY**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON        JUL 0 7 2005

CLERK              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                 Date                      Signature of Server

                                         _____
                                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**Barnstable County Sheriff's Office**

    I hereby certify and return that on **July 15, 2005 at 2:00 PM** I served a true and attested copy of Summons & Complaint, in hand to Mr. Anderson, agent able to accept civil process for the within named Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, at the last and usual business address to wit: Railroad Avenue, Woods Hole, MA 02543.

Fee:    $54.30

William J. Dalton, Deputy Sheriff
PO Box 823, Forestdale, MA 02644