```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

                                            CIVIL ACTION NO.
                                            05-11426-DPW

**JEAN BUNDY**
    **Plaintiff,**

VS.

**WOODS HOLE, MARTHA'S VINEYARD**
**AND NANTUCKET STEAMSHIP AUTHORITY,**
    **Defendant.**

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendant, **WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY**, in the above entitled action.

    By its attorneys,

"/s/ Thomas J. Muzyka"
**Thomas J. Muzyka**
**BBO NO: 365540**
**Terence G. Kenneally**
**BBO NO. 642124**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165