UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11426-DPW

JEAN BUNDY
    Plaintiff,

vs.

WOODS HOLE, MARTHA'S VINEYARD
AND NANTUCKET STEAMSHIP AUTHORITY,
    Defendant.

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Now comes the defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, in the above entitled action, by and through its undersigned counsel, Clinton & Muzyka, P.C., and files its Answer to the plaintiff's Complaint as follows:

## GENERAL FACTUAL ALLEGATIONS

1.   The defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 and, therefore, denies same.

2.   The defendant admits the allegations contained in paragraph 2.

3.   The defendant admits the allegations contained in paragraph 3.

4.    The defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 and, therefore, denies same.

5.    The defendant admits the allegations contained in paragraph 5.

6.    The defendant admits the allegations contained in paragraph 6.

7.    The defendant admits the allegations contained in paragraph 7.

8.    The defendant denies the allegations contained in paragraph 8.

9.    The defendant admits the allegations contained in paragraph 9.

10.    The defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 and, therefore, denies same.

11.    The defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 and, therefore, denies same.

## JURISDICTION

12.  Paragraph 12 contains allegations of law to which
     an answer is not required, but to the extent that
     an answer is required, the defendant denies all
     the allegations contained in paragraph 12.

## COUNT I
## (NEGLIGENCE)

13.  The defendant reiterates and reaffirms its answers
     to the allegations set forth in paragraphs 1
     through 12 inclusive and incorporates same as if
     fully set forth herein.

14.  The defendant denies the allegations contained in
     paragraph 14.

15.  The defendant is without personal knowledge or
     information sufficient to form a belief as to the
     truth of the allegations contained in paragraph 15
     and therefore denies same.

**WHEREFORE,** the defendant prays that this Honorable
Court dismiss with prejudice Count I of the plaintiff's
Complaint together with costs and reasonable attorneys'
fees.

4

## AFFIRMATIVE DEFENSES

Now comes the defendant and incorporates the following Affirmative Defenses into each and every Count of this Answer as follows:

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE,** the defendant states that the plaintiff has failed to state a cause of action upon which relief can be granted against the defendant.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE,** the defendant states that if the plaintiff, Jean Bundy, was injured as alleged, which is specifically denied, said injuries resulted in whole or in part from her own negligence and failure to exercise the degree of care and skill reasonably required of a person onboard or a passenger and not due to any negligence or fault on the part of the defendant.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE,** the defendant states that if the plaintiff, Jean Bundy, was injured as alleged, which is specifically denied, said damages resulted in whole or in part from acts and/or omissions of a person or persons over whom the defendant had no control and for whom the defendant was and is not responsible.

AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE, the defendant states that if the plaintiff sustained injury as alleged, which is specifically denied, those injuries were the result of an Act of God for which the defendant is not legally responsible.

AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE, the defendant states that if the plaintiff, Jean Bundy, was injured as alleged, which is specifically denied, such injury was without fault, common knowledge or privity of the defendant; and that the damages claim herein exceed the value of the vessel, including its pending cargo; and the defendant herewith claims benefit of any and all law and statutes of the United States, including but not limited to, limitation of liability of the defendant, 46 U.S.C., Appx. §183 (b).

WHEREFORE, the defendant prays that this Honorable Court dismiss the plaintiff's Complaint together with costs and reasonable attorneys' fees.


The defendant claims **TRIAL BY JURY** on all issues raised in plaintiff's Complaint, defendant's Answer, and Affirmative Defenses contained herein with the exception of Limitation of Liability which is unique for the Court's determination.

By its attorney,
**CLINTON & MUZYKA, P.C.**


"/s/ Thomas J. Muzyka"
**Thomas J. Muzyka**
**BBO NO. 365540**
**Terence G. Kenneally**
**BBO NO. 642124**
One Washington Mall
Suite 1400
Boston, MA  02108
(617) 723-9165


DATE: August 11, 2005