UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN BUNDY,<br>    Plaintiff | )<br>)<br>) |
| VS. | )   CIVIL ACTION<br>)   No. 05-11426-DPW |
| WOODS HOLE, MARTHA'S VINEYARD<br>AND NANTUCKET STEAMSHIP<br>AUTHORITY,<br>    Defendant | )<br>)<br>)<br>) |

### NOTICE OF APPEARANCE OF DAVID J. BERG

Please note the appearance of David J. Berg, Esq., as counsel for the Plaintiff.

        Respectfully submitted for the
        the Plaintiff, Jean Bundy,
        by her attorney,

        /s/ David J. Berg, Esq.
        David J. Berg, Esq.
        Latti & Anderson LLP
        30-31 Union Wharf
        Boston, MA 02109
        (617) 523-1000

### CERTIFICATE OF SERVICE

    I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

        /s/ David J. Berg, Esq.
        David J. Berg, Esq.
        Latti & Anderson LLP
        30-31 Union Wharf
        Boston, MA 02109
        617-523-1000

Dated: October 4, 2005