UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                   )
JEAN BUNDY,                        )
      Plaintiff                    )
                                   )
VS.                                )   CIVIL ACTION
                                   )   No. 05-11426-DPW
WOODS HOLE, MARTHA'S VINEYARD      )
AND NANTUCKET STEAMSHIP            )
AUTHORITY,                         )
      Defendant                    )
_____)
```

JOINT SCHEDULING STATEMENT

Now come the parties in the above captioned matter and respectfully submit this proposed joint scheduling statement.

I. Discovery plan

    A.    all factual depositions to be completed by 6/30/06.

    B.    Plaintiff's expert reports and expert designations to be filed by 7/31/06.

    C.    Defendant's expert reports and expert designations to be filed by 8/31/06.

    D.    The Plaintiff proposes completion of expert depositions by 9/30/06.  The Defendant proposes completion of expert depositions by 10/31/06.

    E.    Final Pretrial Conference some date after 11/30/06.

II. Motion schedule

    A.    The Plaintiff proposes that motions to amend the pleadings, to add parties, or to set forth additional claims be filed by 11/30/05.  The Defendant proposes that such motions be filed by 2/28/06.

    B.    The Plaintiff proposes that all dispositive motions be filed by 9/30/06. The Defendant proposes that such motions be filed by 11/30/06.

The Defendant does not consent to trial by Magistrate Judge.

A certification signed by the Plaintiff and her counsel is attached.  A certification signed by the Defendant and its counsel will be filed.

      Respectfully submitted for the
the Plaintiff, Jean Bundy,
by her attorney,

/s/ David J. Berg, Esq.
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Respectfully submitted for the
Defendant, Woods Hole, Martha's
Vineyard, & Nantucket Steamship
Authority, by its attorney,

/s/ Thomas J. Muzyka, Esq.
Thomas J. Muzyka, Esq.
Clinton & Muzyka
One Washington Mall
Boston, MA 02108
(617) 723-9165

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ David J. Berg, Esq.
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

Dated: October 27, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN BUNDY,<br>    Plaintiff<br><br>VS.<br><br>WOODS HOLE, MARTHA'S VINEYARD<br>AND NANTUCKET STEAMSHIP<br>AUTHORITY,<br>    Defendant | CIVIL ACTION<br>No. 05-11426-DPW |

## AFFIDAVIT

I, Jean Bundy, hereby depose and state as follows:

1. I have discussed with my attorneys the probable budget for the costs of conducting the full course - and various alternative courses - of the litigation.

2. I have discussed with my attorneys potential resolution of the litigation through the use of alternative dispute resolution programs.

    SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
        THIS 26 DAY OF Oct_____, 2005.

_____
Jean Bundy

_____
David J. Berg