UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11426-DPW

**JEAN BUNDY**
    **Plaintiff,**

VS.

**WOODS HOLE, MARTHA'S VINEYARD
AND NANTUCKET STEAMSHIP AUTHORITY,**
    **Defendant.**

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs of conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

| **WOODS HOLE, MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY** | **CLINTON & MUZYKA, P.C.** |
|---|---|
| "/s/ Robert E. Wheeler"<br>Robert E. Wheeler<br>International Marine Underwriters<br>One Beacon Street<br>Boston, MA  02108-3100 | "/s/ Thomas J. Muzyka"<br>**Thomas J. Muzyka**<br>**BBO NO. 365540**<br>One Washington Mall<br>Suite 1400<br>Boston, MA 02108<br>(617)723-9165 |

Dated: October 27, 2005