UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
05-11426-DPW

JEAN BUNDY
    Plaintiff,

VS.

WOODS HOLE, MARTHA'S VINEYARD
AND NANTUCKET STEAMSHIP AUTHORITY,
    Defendant.

### STIPULATION OF DISMISSAL

Now come the parties, in the above-entitled action, by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-cited action be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this _____ day of September, 2006.

ATTORNEY FOR PLAINTIFF,

_____
David J. Berg
BBO NO. 558624
LATTI & ANDERSON
30-31 Union Wharf
Boston, MA 02109
(617)523-1000

ATTORNEY FOR DEFENDANT

_____
Thomas J. Muzyka
BBO NO. 365540
Terence G. Kenneally
BBO NO.   642124
CLINTON & MUZYKA, P.C.
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:   September 25, 2006